# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

| | |
|---|---|
| ELIZABETH PIPE, INDIVIDUALLY AND AS ADMINISTRATRIX FOR THE ESTATE OF JASON PIPE | : No. 387 MAL 2014<br>:<br>: Petition for Allowance of Appeal from the<br>: Order of the Superior Court<br>:<br>: |
| v. | :<br>:<br>:<br>: |
| WILLIAM C. SHEPHERD, M.D.; CARSON THOMPSON, M.D.; ROBERT PACKER HOSPITAL; CORNING HOSPITAL T/D/B/A GUTHRIE CORNING DEVELOPMENT HOSPITAL, INC.; GUTHRIE CLINIC LTD T/D/B/A GUTHRIE CLINIC, A PROFESSIONAL CORPORATION T/D/B/A GUTHRIE CLINICS GROUP PRACTICE PARTNERSHIP, L.L.P. | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: |
| PETITION OF: CORNING HOSPITAL, ROBERT PACKER HOSPITAL AND CARSON THOMPSON, M.D. | :<br>:<br>: |

## ORDER

**PER CURIAM**

    **AND NOW**, this 8th day of October, 2014, the Petition for Allowance of Appeal is **DENIED**.